# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:    212.248.5600
Contact@ParkerHanski.com

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: NOV 1 5 2019*

November 14, 2019

Via ECF
The Honorable George B. Daniels
United States District Judge
Southern District of New York

**Re:**   *Stason Sutton v. 44th Street Development LLC*

**Docket No. 1:18-cv-04556 (GBD) (KNF)**

Dear Judge Daniels:

SO ORDERED

The status conference is adjourned from November 19, 2019 to January 28, 2020 at 9:45 a.m.

/s/ George B. Daniels
GEORGE B. DANIELS
Dated: NOV 1 4 2019

We represent the plaintiff in the above-entitled action. On behalf of all the parties, we write to respectfully ask the Court to adjourn the November 19, 2019 conference to a date in January 2020. The reason for this request is because the parties have a Settlement Conference before Magistrate Judge Fox scheduled for November 21, 2019. The parties therefore desire to devote their efforts towards a resolution and have an appearance before Your Honor in the event that the parties are unsuccessful at reaching a resolution before Magistrate Judge Fox. All parties consent to this application and this is the first application to attorn this conference. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.