UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

STASON SUTTON,

                          Plaintiff,              ORDER

      -against-                       18 Civ. 4556 (GBD)

44TH STREET DEVELOPMENT LLC,

                        Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The June 9, 2020 conference is adjourned to August 25, 2020 at 9:45 a.m.

Dated: New York, New York
       June 1, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge